# EXHIBIT A

| No | IP | Port | Client | Hit Date UTC | File Name | File Hash | ISP | City | Province | Captures | X-Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 67.83.181.229 | 18235 | Azureus 5.7.1 | 2016-07-27 01:45:13 | London.Has.Fallen.2016.720p.WEBRip.x264.AAC-ETRG | SHA1: B92FD05A65F1BB38B24C99EBFB0803BE7F6DA0D4 | Optimum Online | White Plains | Westchester | 35 | 3 |
| 2 | 69.124.109.26 | 25886 | μTorrent 3.4.8 | 2016-07-27 22:37:38 | London.Has.Fallen.2016.720p.WEBRip.x264.AAC-ETRG | SHA1: B92FD05A65F1BB38B24C99EBFB0803BE7F6DA0D4 | Optimum Online | Yonkers | Westchester | 37 | 60 |
|  |  |  |  |  |  |  |  |  | TOTALS | 72 | 63 |